UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                    :
                                            :
                                            :  **ORDER**
         -against-                          :
                                            :  22 Cr. 378 (AKH)
                                            :
                                            :
RICARDO AYALA and TERRIS OLIVER,            :
                                            :
                       Defendants.          :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference in the above-captioned matter scheduled for September 7, 2023, is hereby adjourned to September 13, 2023 at 10:00 a.m.

       SO ORDERED.

Dated:    August 23, 2023            ____/s/ Alvin Hellerstein____
           New York, New York        ALVIN K. HELLERSTEIN
                                       United States District Judge